IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MINISTERIOS PENTECOSTES MARANANTHA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY,<br><br>    Defendant. | **8:15CV77**<br><br>**ORDER** |

Before the Court is Plaintiff Ministerios Pentecostes Maranantha's and Defendant Amco Insurance Company's Joint Stipulation of Dismissal With Prejudice. Filing No. 21. The Court, having considered the stipulation, is of the opinion that it should be granted.

It is therefore ORDERED that Plaintiff's claims against Defendant AMCO Insurance Company are hereby DISMISSED with prejudice. Each party shall bear its own costs, attorneys' fees and expenses.

SO ORDERED.

Dated this 29th day of December, 2015.

              BY THE COURT:

              s/ Joseph F. Bataillon
              Senior United States District Judge